**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:   08 cv 1942

Felix Rangel, an individual

v.

Home Depot USA, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Felix Rangel, an individual

| NAME (Type or print) |
| --- |
| Christopher L. Panio |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Christopher L. Panio |
| FIRM |
| Robert N. Wadington & Associates |
| STREET ADDRESS |
| 111 West Washington, Suite 1460 |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6287048 | (312) 629-2706 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES |
| --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐