UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Felix Rangel
         Plaintiff,

v.                  Case No.: 1:08–cv–01942
                 Honorable George W. Lindberg

Home Depot USA, Inc.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

  MINUTE entry before the Honorable George W. Lindberg:Status hearing held and continued to 7/30/2008 at 9:30a.m. Discovery cutoff set for 11/5/2008. Discovery hearing set for 10/1/2008 at 9:30 AM. Motion for summary judgment to be filed on or before 11/19/2008. Response to the motion for summary judgment to be filed on or before 12/5/2008. Reply due 12/12/2008. Ruling on motion for motion for summary judgment set for 1/14/2009 at 9:30 AM. Proposed final pretrial order to be submitted to chambers by 2:00 p.m. on 1/26/2009. Jury Trial set for 2/2/2009 at 10:00 AM.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.