# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1942 | **DATE** | 6/25/2008 |
| **CASE TITLE** | Felix Rangel vs. Home Depot USA, Inc. | | |

**DOCKET ENTRY TEXT**

The court, sua sponte, clarifies its scheduling order [7]. The period for discovery has begun, so the parties should proceed with it apace. That the status hearing to report on the results of the face-to-face settlement conference will not occur until 7/30/2008 does not delay discovery. In addition, if during the pendency of this action plaintiff seeks to join an additional defendant whose joinder would destroy complete diversity, this court at that time will decide whether to deny joinder or permit joinder and remand this action to the state court from which it was removed. See Matter of Florida Wire & Cable Co., 102 F3d 866 (7th Cir 1996).

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|