# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### Consent to Exercise of Jurisdiction
### By a United States Magistrate Judge

| Case Title<br>Felix Rangel<br><br>V.<br>Home Depot USA, Inc. | Case Number: 08-CV-1942<br><br>Assigned Judge: George W. Lindberg<br><br>Designated<br>Magistrate Judge: Susan Cox |
|---|---|

In accordance with the provisions of Title 28 U.S.C.§636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| 6/30/08 | By: /s/ Christopher L. Panio | Felix Rangel |
|---|---|---|
| Date | Signature (with permission) | Name of Party or Parties |

| 6/30/08 | By: /s/ Jonathan P. Schaefer | Home Depot USA, Inc. |
|---|---|---|
| Date | Signature | Name of Party or Parties |

| | By: | |
|---|---|---|
| Date | Signature | Name of Party or Parties |

| | By: | |
|---|---|---|
| Date | Signature | Name of Party or Parties |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.

3635 JPS/BSP HD394

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| FELIX RANGEL, | ) |
|        *Plaintiff,* | ) |
| v. | )     No.     08-CV-1942 |
| HOME DEPOT USA, INC., | ) |
|        *Defendant* | ) |

### NOTICE OF FILING

**TO:** Robert N. Waddington & Associates
111 West Washington Street
Suite 1460
Chicago, IL 60602

PLEASE TAKE NOTICE that on **June 30, 2008**, we electronically filed with the United States District Court for the Northern District of Illinois – Eastern Division, ***Consent to Exercise of Jurisdiction By a United States Magistrate Judge,*** copies of which are attached hereto.

By: /s/ Jonathan P. Schaefer
Jonathan P. Schaefer

PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, Illinois 60603
(312) 427-3900
F:\JPS\3635- Rangel\Pleadings\NOF003 - Fed Ct..doc

### CERTIFICATE OF SERVICE

I, Amy J. Kobel, a non-attorney, pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, certify that I mailed copies of this Notice and the foregoing referenced documents to the attorneys of record on June 30, 2008.

/s/ Amy J. Kobel
Amy J. Kobel