3635 JPS/BSP HD394

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| FELIX RANGEL, | ) |
|       *Plaintiff,* | ) ) ) |
| v. | )   No.  08-CV-1942 |
| HOME DEPOT USA, INC., | ) ) ) |
|       *Defendant* | ) |

## NOTICE OF MOTION

To:    Christopher L. Panio
          Robert N. Waddington & Associates
          111 West Washington Street, Suite 1460
          Chicago, IL 60602

**PLEASE TAKE NOTICE** that on **July 30, 2008**, at **9:30 a.m.**, I shall appear before District Judge William Hart in **Courtroom 2243** of the United States District Court for the Northern District of Illinois – Eastern Division, and shall there and then present *Home Depot's Agreed Motion For Protective Order,* a copy of which is attached hereto and served upon you.

                                                      /s/ Jonathan P. Schaefer
                                                        Jonathan P. Schaefer

PURCELL & WARDROPE CHTD
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\JPS\3576 - Nazaj\Pleadings\NOM001.doc

## AFFIDAVIT OF SERVICE

      I, Amy J. Kobel, being first duly sworn, upon oath, depose and state that affiant served a copy, via electronic mail and regular U.S. Mail, of the foregoing Notice of Motion and Documents referenced, to all attorney(s) of record, at their listed address(es), on July 23, 2008.

                                                          /s/ Amy J. Kobel
                                                          Amy J. Kobel

SUBSCRIBED AND SWORN to before
me this 23rd day of July, 2008.

/s/ Josefina Rojas
NOTARY PUBLIC