3635 JPS/BSP HD394

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| FELIX RANGEL, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | No.   08-CV-1942 |
| ) | |
| HOME DEPOT USA, INC., ) | |
| ) | |
| *Defendant* ) | |

### AMENDED NOTICE OF MOTION

To:   Christopher L. Panio
　　　Robert N. Waddington & Associates
　　　111 West Washington Street, Suite 1460
　　　Chicago, IL 60602

**PLEASE TAKE NOTICE** that on **July 30, 2008**, at **9:30 a.m.**, I shall appear before District Judge George Lindberg in **Courtroom 1425** of the United States District Court for the Northern District of Illinois – Eastern Division, and shall there and then present *Home Depot's Agreed Motion For Protective Order,* a copy of which is attached hereto and served upon you.

　　　　　　　　　　　　　　　　　　　　　　/s/ Jonathan P. Schaefer
　　　　　　　　　　　　　　　　　　　　　　Jonathan P. Schaefer

PURCELL & WARDROPE CHTD
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\JPS\3576 - Nazaj\Pleadings\NOM001.doc

### AFFIDAVIT OF SERVICE

　　　I, Amy J. Kobel, being first duly sworn, upon oath, depose and state that affiant served a copy, via electronic mail and regular U.S. Mail, of the foregoing Notice of Motion and Documents referenced, to all attorney(s) of record, at their listed address(es), on July 23, 2008.

　　　　　　　　　　　　　　　　　　　　　　/s/ Amy J. Kobel
　　　　　　　　　　　　　　　　　　　　　　Amy J. Kobel

SUBSCRIBED AND SWORN to before
me this 23rd day of July, 2008.

/s/ Josefina Rojas
NOTARY PUBLIC