3007786-LRB/SJE/msw                                             ARDC: 6206641

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FELIX RANGEL, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.    08 C 1942 |
| | ) | |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR SUBSTITUTION OF ATTORNEYS**

NOW COMES the Defendant, HOME DEPOT USA, INC., by and through its attorneys, Lew R.C. Bricker and Sandra J. Engelking of SmithAmundsen LLC, and moves this Honorable Court for leave for Jonathan P. Schaefer of Purcell & Wardrope, Chtd. to withdraw his appearance on behalf of Defendant HOME DEPOT USA, INC., and for Lew R.C. Bricker and Sandra J. Engelking of SmithAmundsen LLC to enter their appearance on behalf of HOME DEPOT USA, INC., pursuant to the attached Stipulation for Substitution of Attorneys, *instanter*.

s/ Lew R. C. Bricker
Lew R. C. Bricker – Bar Number: 6206641
Attorneys for Defendant
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
Telephone:   (312) 894-3200
Fax:              (312) 894-3210
E-Mail:         lbricker@salawus.com

# Stipulation for Substitution of Attorneys

3007786-LRB/SJE/msw                                                         ARDC: 6206641

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FELIX RANGEL, | ) | |
|      Plaintiff, | ) | |
| v. | ) | No.   08 C 1942 |
| | ) | |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
|      Defendant. | ) | |

**STIPULATION FOR SUBSTITUTION OF ATTORNEYS**

Jonathan P. Schaefer of the law firm of Purcell & Wardrope, Chtd. hereby withdraws his appearance as attorney of record on behalf of Defendant, HOME DEPOT USA, INC.

s/ Jonathan P. Schaefer
Jonathan P. Schaefer
Purcell & Wardrope, Chtd.
10 S. LaSalle Street, Suite 1200
Chicago, Illinois 60603
(312) 427-3900  (312) 427-3944 (fax)


Lew R.C. Bricker and Sandra J. Engelking of the law firm of SmithAmundsen LLC hereby enter their appearance as attorneys of record on behalf of Defendant, HOME DEPOT USA, INC.


| | |
|---|---|
| s/ Lew R.C. Bricker | s/ Sandra J. Engelking |
| Lew R.C. Bricker | Sandra J. Engelking |
| SmithAmundsen LLC | SmithAmundsen LLC |
| 150 N. Michigan Ave., Suite 3300 | 150 N. Michigan Ave., Suite 3300 |
| Chicago, Illinois 60601 | Chicago, Illinois 60601 |
| (312) 894-3200 (312) 894-3210 (fax) | (312) 894-3200 (312) 894-3210 (fax) |