3007786-LRB/SJE/msw   ARDC: 6206641

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| FELIX RANGEL, | ) | | |
| Plaintiff, | ) | | |
| v. | ) | No. | 08 C 1942 |
| | ) | | |
| HOME DEPOT USA, INC., | ) | | |
| | ) | Magistrate Cox | |
| Defendant. | ) | | |

**NOTICE OF MOTION**

TO:  Jonathan P. Schaefer, Purcell & Wardrope, Chtd., 10 S. LaSalle Street, Suite 1200, Chicago, Illinois 60603

Robert N. Wadington & Associates, 111 W. Washington Street, Suite 1460, Chicago, IL 60602

PLEASE TAKE NOTICE THAT on **August 5, 2008**, at **9:30 a.m.**, we shall appear before the **Honorable Magistrate Cox** in **Room 1342**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, shall then and there present the attached the attached **Defendant's Motion for Substitution of Attorneys**.

SmithAmundsen LLC

s/ Lew R. C. Bricker
Lew R. C. Bricker – Bar Number: 6206641
Attorneys for Defendant, Home Depot USA, Inc.
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
Telephone:   (312) 894-3200
Fax:         (312) 894-3210
E-Mail:      lbricker@salawus.com

SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
(312) 894-3210 Fax

## AFFIDAVIT OF SERVICE

I, Lew R. C. Bricker, hereby certify that on **July 29, 2008**, a copy of the foregoing **Defendant's Motion for Substitution of Attorneys** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*Parties receiving service electronically are as follows:*

Jonathan P. Schaefer
Purcell & Wardrope, Chtd.
10 S. LaSalle Street, Suite 1200
Chicago, Illinois 60603
(312) 427-3900
(312) 427-3944 (fax)

Robert N. Wadington & Associates
111 W. Washington Street
Suite 1460
Chicago, IL 60602
(312) 629-2706
(312) 629-8022 - Fax

        s/ Lew R. C. Bricker
        Lew R. C. Bricker – Bar Number:  6206641
        Attorneys for Defendant, Home Depot USA, Inc
        SmithAmundsen LLC
        150 North Michigan Avenue, Suite 3300
        Chicago, IL 60601
        Telephone:   (312) 894-3200
        Fax:   (312) 894-3210
        E-Mail:   lbricker@salawus.com

Attorney for Defendant, Home Depot USA, Inc.
SMITHAMUNDSEN LLC
150 North Michigan Avenue
Suite 3300
Chicago, Illinois 60601
(312) 894-3200