# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Susan E. Cox | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1942 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Felix Rangel vs. Home Depot USA, Inc. | | |

**DOCKET ENTRY TEXT**

Defendant's motion for substitution of attorneys [15 ] is granted. Jonathan P. Schaefer of Purcell & Wardrope, Chtd. is given leave to withdraw his appearance as counsel for Defendant Home Depot USA, Inc. Lew R.C. Bricker and Sandra J. Engelking of SmithAmundsen LLC are given leave to file their appearances on behalf of defendant Home Depot USA, Inc. Parties need not appear on 8/5/08 at 9:30 a.m. for presentment of said motion.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|