3007786-LRB/SJE/msw                                           ARDC: 6206641

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case

Felix Rangel v. Home Depot USA, Inc.                          08 C 1942

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

Home Depot USA, Inc.

---

| | |
|---|---|
| SIGNATURE<br>S/ Lew R. C. Bricker | |
| FIRM<br>              **SMITHAMUNDSEN LLC** | |
| STREET ADDRESS<br>              **150 NORTH MICHIGAN AVENUE, SUITE 3300** | |
| CITY/STATE/ZIP<br>              **CHICAGO, IL 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6206641 | TELEPHONE NUMBER<br>**(312) 894-3200** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES / x /     NO / / | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES / /     NO /x / | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES / x /     NO / / | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES /x /     NO / / | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  / /                              APPOINTED COUNSEL  / / | |