3007786-LRB/SJE/msw ARDC: 6286111

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of Case

Felix Rangel v. Home Depot USA, Inc. 08 C 1942

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

Home Depot USA, Inc.

| | |
|---|---|
| SIGNATURE<br>S/ Sandra J. Engelking | |
| FIRM<br>　　　　SMITHAMUNDSEN LLC | |
| STREET ADDRESS<br>　　　　150 NORTH MICHIGAN AVENUE, SUITE 3300 | |
| CITY/STATE/ZIP<br>　　　　CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6286111 | TELEPHONE NUMBER<br>　　　　(312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　　YES / /　　NO / x / | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?　　YES / /　　NO /x / | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　　YES / /　　NO / x / | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?　YES / /　　NO / x / | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  / /　　　　　　　　　　　　APPOINTED COUNSEL  / / | |