UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Felix Rangel

                        Plaintiff,

v.                                                Case No.: 1:08−cv−01942
                                                Honorable Susan E. Cox

Home Depot USA, Inc.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held 8/19/08. The Court was advised regarding the progress of discovery. Parties are given until 9/2/08 to file amended disclosures. Parties to submit a proposed scheduling order for submission to this Court's Proposed Order Box by 9/9/08. The parties are to meet and confer in person is there is a discovery dispute they are unable to resolve. The parties are encouraged to bring any discovery disputes to the Court's attention in a timely fashion. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.